**STATEMENT OF DEFAULT**

Debtor(s): Eric C. Thomas          Case No. 19 B 11563   Chapter 13

Moving Creditor: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustsee for Pretium Mortgage Acquisition Trust          Date Case Filed: 04/22/2019

Nature of Relief Sought:   ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe)_____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed 8/22/2019

1. Collateral

    a. ☐ Home
    b. ☐ Car
    c. ☒ Other (describe)  8735 South Winchester Avenue, Chicago, IL 60620

2. Balance Owed as of Petition Date $67,211.36
   Total of all other Liens against Collateral $0

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   _____

4. Estimated Value of Collateral (*must* be supplied in *all* cases) $89,810.00

5. Default

    a. ☐ Pre-Petition Default
       Number of months _____   Amount $_____

    b. ☒ Post-Petition Default
        i. ☐ On direct payments to the moving creditor
              Number of months   5        Amount $3,324.56
        ii. ☐ On payments to the Standing Chapter 13 Trustee
              Number of months _____   Amount $_____

6. Other Allegations

    a. ☒ Lack of Adequate Protection §362(d)(1) _____
        i.   ☐ No insurance
        ii.  ☐ Taxes unpaid          Amount $_____
        iii. ☒ Rapidly depreciating asset _____
        iv.  ☐ Other _____
    b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
    c. ☐ Other "Cause" § 362(d)(1)
        i.   ☐ Bad Faith (describe)_____
        ii.  ☐ Multiple filings
        iii. ☐ Other (describe)_____
    d. Debtor's Statement of Intention regarding the Collateral
        i.   ☐ Reaffirm        ii. ☐ Redeem
        iii. ☐ Surrender       iv. ☐ No Statement of Intentions Filed

Date: September 11, 2019                    **/s/ Kathryn A. Klein**
                                            Attorney for Secured Creditor