## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | Honorable Donald R Cassling |
| Eric C Thomas, | ) | |
| Debtor. | ) | Case No. 19 B 11563 |

### AGREED ORDER IN SETTLEMENT OF MOTION
### TO MODIFY STAY FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB

COMES NOW Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor") and Debtor, through his attorney, in settlement of the Motion to Modify Stay, and agree as follows:

1. Secured Creditor holds a mortgage on Debtor's residence, 8735 South Winchester Avenue, Chicago, IL 60620.

2. Secured Creditor filed a Motion to Modify Stay due to debtor's failure to pay post-petition payments regarding said property. The parties have agreed to repay the post-petition delinquency of $1,871.31 (two (2) post-petition payments due 10/1/2019-11/1/2019 in the amount of $659.33 each, bankruptcy fees/costs totaling $1,031.00, less a suspense balance of ($478.35)) pursuant to the terms of this Order.

3. In settlement of the Motion for Relief, Secured Creditor must receive the following payments by the corresponding dates:

| | |
|---|---|
| 12/15/2019 | $311.88 |
| 1/15/2020 | $311.88 |
| 2/15/2020 | $311.88 |
| 3/15/2020 | $311.88 |
| 4/15/2020 | $311.88 |
| 5/15/2020 | $311.91 |

4. Secured Creditor must receive the payments listed in paragraph 3 on or before the corresponding date. If Debtor fails to make the payments as provided for in paragraph 3, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within fourteen (14) calendar days after notification is mailed to the Debtor and his attorney, the stay shall be automatically terminated as to Secured Creditor, its principals, agents, successors and/or assigns as to the property securing its interest, upon filing notice of same with the clerk of the Court.

5. Further, Debtor shall resume and maintain the regular monthly payments beginning December 1, 2019 and must continue to make timely post-petition mortgage payments directly to the Secured Creditor continuing monthly thereafter for the pendency of the bankruptcy.

6. Payments should be made to Secured Creditor at the following address:

Selene Finance LP
9990 Richmond Ave
Suite 400 South
Houston, TX 77042

7. If Secured Creditor fails to receive two (2) timely post-petition mortgage payments and if the Debtor fails to bring the loan post-petition current within fourteen (14) calendar days after a notification is mailed to the Debtor and his attorney, the stay shall be automatically terminated as to Secured Creditor, its principals, agents, successor and/or assigns as to the property securing its interest, upon filing of notice of same with the clerk of the Court.

8. Secured Creditor's post-petition bankruptcy fees and costs of $1,031.00 are allowed and may be added to the indebtedness secured by the subject mortgage. These fees and costs have been including in the repayment schedule described herein.

9. Upon dismissal, discharge, chapter conversion or relief from stay, the foregoing terms and conditions shall cease to be binding. Payments will be due pursuant to the terms of the original agreement, and Secured Creditor may proceed to enforce it remedies under applicable non-bankruptcy law against the real property and/or against Debtor.

IT IS THEREFORE ORDERED THAT the Motion to Modify Stay is denied as settled, that the automatic stays shall remain in effect as to the property described above, that Debtor shall provide Secured Creditor with adequate protection according to the foregoing terms. In the event that Debtor fails to provide Secured Creditor with adequate protection on such terms, the automatic stay of 11 U.S.C. § 362 shall terminate as described above.

Date: 05 DEC 2019

ENTERED:

/s/ Donald R. Cassling

United States Bankruptcy Judge

/s/ David M Siegel
David M Siegel
Attorney at Law
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
Attorney for Debtors

/s/ Kathryn A. Klein
Kathryn A. Klein
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
Attorneys for Secured Creditor