**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | Donald R. Cassling | **Hearing Date** | December 4, 2020 |
| **Bankruptcy Case** | 19 B 11563 | **Adversary No.** | |
| **Title of Case** | Eric C Thomas | | |

**Brief Statement of Motion:** Trustee's Motion to Dismiss Debtor for Failure to Make Plan Payments (Docket No. 46)

**Names and Addresses of moving counsel**

**Representing**

## ORDER VACATING ORDER

Due to clerical error, the order withdrawing trustee's motion to dismiss case for failure to make plan payments entered November 19, 2020 (Docket No. 52) was erroneously entered. Trustee's motion to dismiss (Docket No. 46) is reopened in order to properly dispose of the motion.

*Donald R. Cassling*