Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 19−11563
Chapter: 13
Judge: Donald R Cassling

In Re:
　Eric C Thomas
　8215 S Elizabeth
　Chicago, IL 60620

Social Security / Individual Taxpayer ID No.:
　xxx−xx−4465

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on November 19, 2020

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: December 4, 2020　　　　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:     Case No. 19-11563-DRC
Eric C Thomas     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: froman     Page 1 of 3
Date Rcvd: Dec 04, 2020     Form ID: ntcdsm     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric C Thomas, 8215 S Elizabeth, Chicago, IL 60620-3955 |
| tr | + | M O Marshall, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603-5764 |
| 27771403 | + | Demetra Thomas, 8747 S Winchester, Chicago, IL 60620-5451 |
| 27771404 | + | Department Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 27978435 | + | FORD MOTOR CREDIT A FOREIGN CORP. D/B/A, 661 Glenn Ave, Wheeling, IL 60090-6017 |
| 27771405 | | Federal National Mortgage Assoc, 14221 Dalla Parkway, Suite 100, Dallas, TX 75254-2951 |
| 27771407 | | Global Payments Check, Po Box 61158, Chicago, IL 60666 |
| 27771408 | | Global Pymt, Po Box 61158, Chicago, IL 60666 |
| 27771410 | + | Johnson, Blumberg & Associates, LLC, 230 W Monroe Street, Suite 1125, Chicago, IL 60606-4723 |
| 27771411 | | Midwest Financial Service Center, PO Box 2806, Oshkosh, WI 54903-2806 |
| 28210049 | + | Peoples Gas, 200 E. Randolph St., Chicago, IL 60601-6302 |
| 28024549 | + | Wilmington Savings Fund Society, FSB, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27771397 | + | EDI: AMEREXPR.COM | Dec 05 2020 04:23:00 | AMEX, Attn: Bankruptcy Department, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 27771396 | | EDI: AMEREXPR.COM | Dec 05 2020 04:23:00 | AMEX, Bankruptcy Department, PO Box 981535, El Paso, TX 79998-1535 |
| 27935326 | + | EDI: ATTWIREBK.COM | Dec 05 2020 04:23:00 | AT&T Corp, C/O AT&T Services, Inc., Karen Cavagnaro, Esq., One AT&T Way, Room 3A 104, Bedminster, NJ 07921-2693 |
| 27905053 | | EDI: BECKLEE.COM | Dec 05 2020 04:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 27771399 | + | EDI: CITICORP.COM | Dec 05 2020 04:23:00 | Citi, Attn: Bankruptcy Department, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 27771400 | | EDI: CITICORP.COM | Dec 05 2020 04:23:00 | Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 27771402 | + | EDI: CITICORP.COM | Dec 05 2020 04:23:00 | Citibank NA, PO Box 769006, San Antonio, TX 78245-9006 |
| 27771401 | + | EDI: CITICORP.COM | Dec 05 2020 04:23:00 | Citibank Na, Po Box 6181, Sioux Falls, SD 57117-6181 |
| 27974988 | + | EDI: CITICORP.COM | Dec 05 2020 04:23:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 27771406 | | EDI: AMINFOFP.COM | Dec 05 2020 04:23:00 | First Premier, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 27901438 | | Email/Text: Check.bksupport@globalpay.com | Dec 05 2020 01:10:00 | Global Payments Check Services, PO Box 661158, Chicago, IL 60666 |
| 27771409 | + | EDI: HFC.COM | | |

Case 19-11563   Doc 57   Filed 12/06/20   Entered 12/06/20 23:10:56   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0752-1 | User: froman | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: ntcdsm | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 05 2020 04:23:00 | Hsbc Bank, 95 Washington St., Buffalo, NY 14203-3006 |
| 27771398 | | EDI: JPMORGANCHASE | | |
| | | | Dec 05 2020 04:23:00 | Chase Card, Po Box 15369, Wilmington, DE 19850 |
| 27966434 | | EDI: PRA.COM | | |
| | | | Dec 05 2020 04:23:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 27771412 | + | EDI: PRA.COM | | |
| | | | Dec 05 2020 04:23:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 27798906 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Dec 05 2020 04:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 27771413 | | Email/Text: bkteam@selenefinance.com | | |
| | | | Dec 05 2020 01:11:00 | Selene Finance, Loan Resolution Department, 9990 Richmond Ave., Ste. 400 South, Houston, TX 77042-4546 |
| 27947807 | + | EDI: AIS.COM | | |
| | | | Dec 05 2020 04:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 28377655 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Dec 05 2020 01:11:00 | Wilmington Savings Fund Society, C/O Selene Finance L.P., 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27966556 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David M Siegel | |
| | on behalf of Debtor 1 Eric C Thomas davidsiegelbk@gmail.com R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| Kathryn A Klein | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustsee for Pretium Mortgage Acquisition Trust iln@riezmanberger.com, rbadmin@ecf.courtdrive.com |
| M O Marshall | |

District/off: 0752-1 | User: froman | Page 3 of 3
Date Rcvd: Dec 04, 2020 | Form ID: ntcdsm | Total Noticed: 31

    ecf@tvch13.net  ecfchi@gmail.com

Patrick S Layng

    USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 4